153

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
**ENTERED**

## MAR 1 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHNNY VILLARREAL, d/b/a | § | |
| PAN AMERICAN REALTY | § | |
| AND CONSTRUCTION | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-93-140 |
| | § | |
| ASHLEY ARCHITECTURE, | § | |
| ARCHITECTO GARCIA & ASSOCIATES, | § | |
| CRUZ RODRIGUEZ, Individually and | § | |
| d/b/a SATISFACTION HOMES | § | |

TYPE OF CASE:          __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**APRIL 16, 1999 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    MARCH 17, 1999

TO:    MR. ISRAEL RAMON, JR.
       MR. ROGER REED

ClibPDF - www.fastio.com