155

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

APR 1 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JOHNNY VILLARREAL, d/b/a § <br> PAN AMERICAN REALTY § <br> AND CONSTRUCTION § <br> § <br> VS. § <br> § <br> ASHLEY ARCHITECTURE, § <br> ARCHITECTO GARCIA & ASSOCIATES, § <br> CRUZ RODRIGUEZ, Individually and § <br> d/b/a SATISFACTION HOMES § | CIVIL ACTION NO. B-93-140 |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MAY 12, 1999 AT 2:00 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   APRIL 16, 1999

TO:   MR. ISRAEL RAMON, JR.
       MR. ROGER REED/MR. ALBERTO GUERRERO