/57

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 18 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOHNNY VILLARREAL, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-93-140 |
| | § | |
| ASHLEY ARCHITECTURE, ET AL. | § | |

## CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| *Alberto L. Guerrero* <br> Alberto L. Guerrero | Ashley Architects | 5/4/99 |
| *Alberto L. Guerrero* <br> Alberto L. Guerrero | Architecto Garcia & Assoc. | 5/4/99 |
| *Israel Ramon* <br> Israel Ramon, Jr. | Cruz Rodriguez, d/b/a Satisfaction Homes | 5/4/99 |
| | Johnny Villarreal, Plaintiff | 5/11/99 |

## ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

May 18, 1999
Date

_____
Filemon B. Vela
United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.