UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 28 1999

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JOHNNY VILLARREAL, d/b/a PAN AMERICAN REALTY AND CONSTRUCTION, *plaintiff,* | § § § § § | |
| v. | § § | CIVIL ACTION NO. B-93-140 |
| CRUZ RODRIGUEZ, individually and d/b/a/ SATISFACTION HOMES, ASHLEY ARCHITECTURE, and ARCHITECTO GARCIA & ASSOCIATES, *defendants* | § § § § § § | |

## FINAL JUDGMENT

On April 29, 1997, the claims by plaintiff **Johnny Villarreal, d/b/a Pan American Realty and Construction,** in this action were tried to a jury. The jury having rendered a verdict in favor of plaintiff **Johnny Villarreal, d/b/a Pan American Realty and Construction,** and against defendants **Cruz Rodriguez, individually and d/b/a Satisfaction Homes, Ashley Architecture, and Architecto Garcia & Associates,** it is, therefore, ORDERED, ADJUDGED, and DECREED that **Johnny Villarreal, d/b/a Pan American Realty and Construction** have judgment against defendants for $84,554.45, as follows:

**Ashley Architecture** is liable to **Johnny Villarreal** for his actual damages in the amount of $3,800.00, for pre-judgment interest in the amount of $1,655.44, and for punitive damages in the amount of $7,500.00. In total, **Ashley Architecture** is liable to **Johnny**



**Villarreal** for actual and punitive damages and pre-judgment interest in the amount of $12,955.44.

**Architecto Garcia & Associates** is liable to **Johnny Villarreal** for his actual damages in the amount of $3,800.00, for pre-judgment interest in the amount of $ 1,655.44, and for punitive damages in the amount of $7,500.00. In total, **Architecto Garcia & Associates** is liable to **Johnny Villarreal** for actual and punitive damages and pre-judgment interest in the amount of $12,955.44;

**Cruz Rodriguez,** individually and d/b/a **Satisfaction Homes**, is liable to **Johnny Villarreal** for $58,643.57, that sum consisting of actual damages in the amount of $30,400.00, pre-judgment interest in the amount of $ 13,243.57, and punitive damages in the amount of $15,000.00. In addition, **Cruz Rodriguez,** individually and d/b/a **Satisfaction Homes**, is jointly and severally liable to **Johnny Villarreal** for the amounts adjudged against **Ashley Architecture** and **Architecto Garcia & Associates** ($12,955.44 each) to the extent that the latter defendants have not paid such judgment indebtedness.

This Judgment shall bear interest at the rate of Four point Seven Two Seven (4.727) percent compounded annually beginning on the date that this Judgment is signed and ending on the date that this Judgment is satisfied.

Court costs in the amount of $3,991.10 are taxed 70% against **Cruz Rodriguez,** individually and d/b/a **Satisfaction Homes** ($2,793.77), 15% against **Ashley Architecture** ($598.67), and 15% against **Architecto Garcia & Associates** ($598.67).

Page 2 of 3

All other relief not expressly granted herein is DENIED.

DONE this 28 day of MAY, 1999, at Brownsville, Texas.

_____
JUDGE PRESIDING

AGREED AS TO FORM ONLY:

_____
Israel Ramon, Jr.
**LAW OFFICE OF ISRAEL RAMON, JR.**
7417 North 10th Street
McAllen, TX 78504
**ATTORNEY FOR JOHNNY VILLARREAL,**
d/b/a **PAN AMERICAN REALTY & CONSTRUCTION**

_____
Alberto L. Guerrero
**REED, CARRERA & McLAIN, L.L.P.**
1 Paseo del Prado, Bldg. 101
Edinburg, TX 78539
**ATTORNEYS FOR CRUZ RODRIGUEZ,**
individually and d/b/a/ **SATISFACTION HOMES, ASHLEY ARCHITECTURE,** and **ARCHITECTO GARCIA & ASSOCIATES**